## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JEROME HUNTER,                                    :

                Plaintiff,                           :

vs.                                                     :      CIVIL ACTION  09-00589-KD-B

NICHOLAS KING, *et al.,*                        :

                Defendants.                       :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 27, 2009 is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **2**nd day of **December 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**